```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MY GOALS SOLUTIONS, INC.,

                Plaintiff,

-against-

EMMANUELLA COIANA, JOHN DOES 1-15, and BUSINESS ENTITIES A-J,

                Defendants.

1:24-cv-01900-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On April 24, 2024, the Court entered a Scheduling Order resolving the parties' pre-motion letters regarding Defendant's anticipated motion to dismiss. [ECF No. 10]. Pursuant to that Order, Plaintiff filed a letter on April 29, 2024 informing the Court and Defendant that it intended to amend its complaint in response to the arguments raised in Defendant's pre-motion letter. [ECF No. 14]. The Court granted Plaintiff leave to file an amended complaint, and the First Amended Complaint was filed on May 15, 2024. [ECF Nos. 15, 16]. On May 20, 2024, Defendant filed a letter informing the Court that it intended to move to dismiss Plaintiff's First Amended Complaint. [ECF No. 17]. Plaintiff opposed. [ECF No. 18].

Pursuant to the Court's Orders at ECF Nos. 10, 13, and 15, Defendant is GRANTED leave to file a motion to dismiss the First Amended Complaint. The briefing schedule on Defendant's motion shall be as follows: motion due June 7, 2024; opposition due June 21, 2024; reply due June 28, 2024. Any request for an extension or adjournment shall be made by letter filed on ECF at least 48 hours before the deadline.

**SO ORDERED.**

**Date:  May 24, 2024**
         **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**