**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MY GOALS SOLUTIONS, INC.,

                Plaintiff,               24 **CIVIL** 1900 (MKV)

      -against-                  **JUDGMENT**

EMMANUELLA COIANA, JOHN DOES 1-15, and BUSINESS ENTITIES A-J,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 14, 2025, the Defendant's motion to dismiss for lack of personal jurisdiction is GRANTED. This case is dismissed without prejudice. Accordingly, the case is closed.

**Dated:** New York, New York
         March 14, 2025

                                    **TAMMI M. HELLWIG**
                                    **Clerk of Court**

                  **BY:**
                                    _____
                                      **Deputy Clerk**